FOLGER LEVIN & KAHN LLP
Susan W. Ansberry (SB# 121300, sansberry@flk.com)
Cecilia C. Ogbu (SB# 227103, cogbu@flk.com)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA  94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

Attorneys for Defendant Prudential Financial, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH Y. ALOUF, <br><br> Plaintiff, <br><br> v. <br><br> PRUDENTIAL FINANCIAL, INCORPORATED, a corporation, and DOES ONE through TEN, inclusive, <br><br> Defendant. | Case No. C 07-03893 MEJ <br><br> **CERTIFICATE OF INTERESTED PARTIES (L.R. 3-16 AND F.R.C.P. 7.1)** |

TO THE COURT AND ALL PARTIES APPEARING OF RECORD:

    CERTIFICATION OF INTERESTED PARTIES

    Pursuant to Civil L.R.3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

    1.    Plaintiff Joseph Y. Alouf;

    2.    Defendant Prudential Financial, Inc.

    3.    Prudential Investment Management, Inc.

/ / /

1  FEDERAL RULES OF CIVIL PROCEDURE RULE 7.1 DISCLOSURE

2      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned certifies that

3  Prudential Financial, Inc. does not have a parent corporation, and there is no publicly held

4  corporation that owns 10% or more of its stock.

5

6  Dated: July 31, 2007                                  FOLGER LEVIN & KAHN LLP

7                                                                /s/ Cecilia C. Ogbu

8                                                                Cecilia C. Ogbu
                                                               Attorneys for

9                                             Defendant Prudential Financial, Inc.

75090\5001\560215.1

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28