1  FOLGER LEVIN & KAHN LLP
   Susan W. Ansberry (SB# 121300, sansberry@flk.com)
2  Cecilia C. Ogbu (SB# 227103, cogbu@flk.com)
   Embarcadero Center West
3  275 Battery Street, 23rd Floor
   San Francisco, CA  94111
4  Telephone: (415) 986-2800
   Facsimile: (415) 986-2827
5
6  Attorneys for Defendant Prudential Financial, Inc.

7
8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10 JOSEPH Y. ALOUF,                          CASE NO. C-07-03893 MEJ

11              Plaintiff,
                                             **CERTIFICATE OF SERVICE BY MAIL**
12      v.
                                             Complaint Filed:   June 22, 2007
13 PRUDENTIAL FINANCIAL,
   INCORPORATED, a corporation, and DOES
14 ONE through TEN, inclusive,

15
16              Defendants.

17
18
19
20
21
22
23
24
25
26
27
28

1    I, Frances L. Brown, state:

2    My business address is Embarcadero Center West, 275 Battery Street, 23rd Floor, San

3    Francisco, California  94111.  I am over the age of eighteen years and not a party to this action.

4    On the date set forth below, I served the foregoing document(s) described as:

5

6        **NOTICE TO PLAINTIFF OF REMOVAL OF CIVIL
         ACTION TO FEDERAL COURT**

7

8        **NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL
         COURT UNDER 28 U.S.C. SECTION 1441(b) (Diversity of
         Citizenship)**

9

10       **CERTIFICATE OF INTERESTED PARTIES (L.R. 3-16 AND
         F.R.C.P. 7.1)**

11       **CIVIL COVER SHEET**

12       **WELCOME TO THE U.S. DISTRICT COURT (Court
         Handout)**

13

14       **ECF Registration Information Handout**

15       **ORDER SETTING INITIAL CASE MANAGEMENT
         CONFERENCE AND ADR DEADLINES**

16       **NOTICE OF ASSIGNMENT OF CASE TO A UNITED
         STATES MAGISTRATE JUDGE**

17

18   on the following person(s) in this action:

19       **Edwin L. Bradley
         Attorney at Law**

20       **One Maritime Plaza, Suite 400
         San Francisco, CA  94111**

21

22       x   <u>BY FIRST CLASS MAIL</u>:  I am employed in the City and County of San
             Francisco where the mailing occurred.  I enclosed the document(s) identified
             above in a sealed envelope or package addressed to the person(s) listed above,

23           with postage fully paid.  I placed the envelope or package for collection and
             mailing, following our ordinary business practice.  I am readily familiar with this

24           firm's practice for collecting and processing correspondence for mailing.  On the
             same day that correspondence is placed for collection and mailing, it is deposited

25           in the ordinary course of business with the United States Postal Service.

26

27

28

-2-

CERTIFICATE OF SERVICE BY MAIL
CASE NO. C 07-01763-WHA

1    I declare under penalty of perjury under the laws of the United States and the State of

2    California that the foregoing is true and correct.

3

4    Executed on July 31, 2007, at San Francisco, California.

5                                                    /s/

6                                              Frances L. Brown

7

8

9    75090\5001\560378.1

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

-3-

CERTIFICATE OF SERVICE BY MAIL
CASE NO. C 07-01763-WHA