Edwin Bradley, 141932
Attorney At Law
One Maritime Plaza, Suite 400
San Francisco, CA 94111
(415) 434-3101

Attorneys For Plaintiff:
JOSEPH Y. ALOUF

## UNITED STATES DISTRICT COURT

### FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH Y. ALOUF,<br><br>  Plaintiff,<br><br>v.<br><br>PRUDENTIAL FINANCIAL, INCORPORATED, a corporation, and DOES ONE through TEN, inclusive,<br><br>  Defendant(s). | No. C 07 3893 MEJ<br><br>**PLAINTIFF'S DEMAND FOR JURY TRIAL.**<br><br>**Complaint File: June 22, 2007**<br>**Removed: July 31, 2007** |

   TO THE CLERK OF THE COURT AND TO DEFENDANT PRUDENTIAL FINANCIAL AND TO ITS ATTORNEYS OF RECORD:

   PLEASE TAKE NOTICE THAT Plaintiff Joseph Y. Alouf hereby demands a trial by jury in this matter.

DATED: August 1, 2007

                               ___/S/_____
                               Edwin Bradley
                               Attorney for Plaintiff
                               Joseph Y. Alouf

PLAINTIFF'S JURY DEMAND                                                                                   1

