Edwin Bradley, 141932
Attorney At Law
One Maritime Plaza, Suite 400
San Francisco, CA  94111
(415) 434-3101

Attorneys For Plaintiff:
JOSEPH Y. ALOUF

# UNITED STATES DISTRICT COURT

## FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH Y. ALOUF, | No. C 07 3893 MEJ |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE BY MAIL.** |
| PRUDENTIAL FINANCIAL, INCORPORATED, a corporation, and DOES ONE through TEN, inclusive, | |
| Defendant(s). | **Complaint File: June 22, 2007** **Removed: July 31, 2007** |

I , Edwin Bradley, state as follows:

My business address is One Maritime Plaza, Suite 400, San Francisco, California, 94111.  I am over the age of eighteen and am not a party to this action.

On August 1, 2007, I served the following documents:

**PLAINTIFF JOSEPH Y. ALOUF'S NOTICE OF DEMAND FOR JURY TRIAL.**

**CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE.**

on the following persons in this action:

Susan W. Ansberry, Esq.
Cecelia C. Ogbu, Esq.
Embarcadero Center West
275 Battery Street, 3rd Floor
San Francisco, CA  94111

X        By First Class Mail:  I am employed in the City & County of San Francisco where the mailing took place.  I enclosed the documents listed above in a sealed envelope or mailing parcel addressed to the persons listed above with postage fully paid.  I placed the envelope or parcel for collection and mailing, following the ordinary business practices of this office of which I am readily familiar that pertain to collection and processing such items for mailing.  On the same day that such items or parcels are placed for mailing, it is deposited in the ordinary course of business with the United States Postal Service.

_____ In a sealed envelope or parcel by Hand delivery.

I declare under penalty of perjury under the laws of the State of California and of the United States that the foregoing is true.

Dated:  August 1, 2007

_____/S  /_____

Edwin Bradley

CERTIFICATE OF SERVICE                                                                                        2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COMPLAINT FOR MONEY