FOLGER LEVIN & KAHN LLP
Susan W. Ansberry (SB# 121300, sansberry@flk.com)
Cecilia C. Ogbu (SB# 227103, cogbu@flk.com)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

Attorneys for Defendant Prudential Financial, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH Y. ALOUF,<br><br>    Plaintiff,<br><br>    v.<br><br>PRUDENTIAL FINANCIAL, INCORPORATED, a corporation, and DOES ONE through TEN, inclusive,<br><br>    Defendants. | CASE NO. C-07-03893 MEJ<br><br>**CERTIFICATE OF SERVICE BY MAIL**<br><br>Complaint Filed:  June 22, 2007 |

I, Frances L. Brown, state:

My business address is Embarcadero Center West, 275 Battery Street, 23rd Floor, San Francisco, California 94111. I am over the age of eighteen years and not a party to this action.

On the date set forth below, I served the foregoing document(s) described as:

**ADR DISPUTE RESOLUTION PROCEDURES booklet**

on the following person(s) in this action:

**Edwin L. Bradley
Attorney at Law
One Maritime Plaza, Suite 400
San Francisco, CA 94111**

x   BY FIRST CLASS MAIL: I am employed in the City and County of San Francisco where the mailing occurred. I enclosed the document(s) identified above in a sealed envelope or package addressed to the person(s) listed above, with postage fully paid. I placed the envelope or package for collection and mailing, following our ordinary business practice. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on August 2, 2007, at San Francisco, California.

/s/
Frances L. Brown

75090\5001\560378.1

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

-2-

CERTIFICATE OF SERVICE BY MAIL
CASE NO. C 07-01763-WHA