Edwin Bradley, 141932
Attorney At Law
50 California Street, Suite 3400
San Francisco, CA  94111
(415) 434-3101

Attorneys For Plaintiff:
JOSEPH Y. ALOUF

# UNITED STATES DISTRICT COURT

## FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH Y. ALOUF,<br><br>           Plaintiff,<br>v.<br><br>PRUDENTIAL FINANCIAL,<br>INCORPORATED, a corporation, and DOES ONE through TEN, inclusive,<br><br>           Defendant(s). | No. C 07 3893 MEJ<br><br>**NOTICE OF CHANGE OF ADDRESS FOR PLAINTIFF'S COUNSEL**<br><br>**Complaint File: June 22, 2007**<br>**Removed: July 31, 2007** |

TO THE CLERK OF THE COURT AND TO DEFENDANT PRUDENTIAL FINANCIAL AND TO ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT counsel for Plaintiff Joseph Y. Alouf has changed his office address as follows: 50 California Street, Suite 3400, San Francisco, California, 94111.  Counsel's telephone number and email address remain unchanged.

DATED:  September 10, 2007

           ____/S/_____
           Edwin Bradley
           Attorney for Plaintiff
           Joseph Y. Alouf

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28