FOLGER LEVIN & KAHN LLP
Susan W. Ansberry (SB# 121300, sansberry@flk.com)
Cecilia C. Ogbu (SB# 227103, cogbu@flk.com)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA  94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

Attorneys for Defendant Prudential Financial, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH Y. ALOUF,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PRUDENTIAL FINANCIAL,<br>INCORPORATED, a corporation, and<br>DOES ONE through TEN, inclusive,<br><br>　　　　　Defendant. | Case No. C 07-03893 MEJ<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a

United States Magistrate Judge for trial and disposition and hereby requests the reassignment of

this case to a United States District Judge.

Dated: October 5, 2007                                    FOLGER LEVIN & KAHN LLP

                                                         /s/ Cecilia C. Ogbu

                                                         Cecilia C. Ogbu
                                                         Attorneys for
                                                         Defendant Prudential Financial, Inc.

75090\5001\570115.1

1

## PROOF OF SERVICE

2

I, Frances L. Brown, state:

3

My business address is Embarcadero Center West, 275 Battery Street, 23rd Floor, San Francisco, California  94111.  I am over the age of eighteen years and not a party to this action.

4

On the date set forth below, I served the foregoing document(s) described as:

5

**DECLINATION TO PROCEED BEFORE A MAGISTRATE**
**JUDGE AND REQUEST FOR REASSIGNMENT TO A**
**UNITED STATES DISTRICT JUDGE**

6

7

on the following person(s) in this action:

8

**Edwin L. Bradley**
**Attorney at Law**
**50 California Street, Suite 3400**
**San Francisco, CA 94111**

9

10

11

X      BY FIRST CLASS MAIL:  I am employed in the City and County of San Francisco where the mailing occurred.  I enclosed the document(s) identified above in a sealed envelope or package addressed to the person(s) listed above, with postage fully paid.  I placed the envelope or package for collection and mailing, following our ordinary business practice.  I am readily familiar with this firm's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

12

13

14

15

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

16

17

Executed on October 5, 2007, at San Francisco, California.

18

19

                        /s/
                   Frances L. Brown

20

21

22

23

24

25

26

27

28