1  FOLGER LEVIN & KAHN LLP
   Susan W. Ansberry (SB# 121300, sansberry@flk.com)
2  Cecilia C. Ogbu (SB# 227103, cogbu@flk.com)
   Embarcadero Center West
3  275 Battery Street, 23rd Floor
   San Francisco, CA  94111
4  Telephone: (415) 986-2800
   Facsimile: (415) 986-2827
5
   Attorneys for Defendant Prudential Financial, Inc.
6

7
8                           UNITED STATES DISTRICT COURT
9                          NORTHERN DISTRICT OF CALIFORNIA
10

11 | JOSEPH Y. ALOUF,                           | Case No. C 07-03893
12 |                      Plaintiff,            | **ADR CERTIFICATION BY PARTIES AND COUNSEL**
13 |        v.                                  |
14 | PRUDENTIAL FINANCIAL,                      |
   | INCORPORATED, a corporation, and           |
15 | DOES ONE through TEN, inclusive,           |
16 |                      Defendant.            |

17
18
           Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that
19
   he or she has:
20
           (1)  Read the handbook entitled "*Dispute Resolution Procedures in the Northern District
21
   of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov.
22
           (2)  Discussed the available dispute resolution options provided by the Court and private
23
   entities; and
24
           (3)  Considered whether this case might benefit from any of the available dispute
25
   resolution options.
26
           This ADR Certification by Parties and Counsel is filed electronically by Defendant's
27
   counsel who hereby attests, in accordance with General Order 45 Section X(B), that Defendant
28

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

ADR CERTIFICATION BY
PARTIES AND COUNSEL;
CASE NO. C 07-03893

1  concurs in the filing.

2

3  Dated: October 18, 2007

4
                                              */s/ Joseph E. Kinsella, Jr.*
                                              Joseph E. Kinsella, Jr. for

5  Dated: October 18, 2007         Defendant Prudential Financial, Inc.
                                              FOLGER LEVIN & KAHN LLP

6

7
                                              */s/ Cecilia C. Ogbu*
                                              Cecilia C. Ogbu

8                                                Attorneys for
                                              Defendant Prudential Financial, Inc.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28