1  FOLGER LEVIN & KAHN LLP
   Susan W. Ansberry (SB# 121300, sansberry@flk.com)
2  Cecilia C. Ogbu (SB# 227103, cogbu@flk.com)
   Embarcadero Center West
3  275 Battery Street, 23rd Floor
   San Francisco, CA  94111
4  Telephone: (415) 986-2800
   Facsimile: (415) 986-2827
5
   Attorneys for Defendant Prudential Financial, Inc.
6

7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10

11  JOSEPH Y. ALOUF,                          Case No. C 07-03893

12              Plaintiff,                    **STIPULATION AND [PROPOSED]
                                              ORDER SELECTING ADR PROCESS**
13        v.

14  PRUDENTIAL FINANCIAL,
    INCORPORATED, a corporation, and
15  DOES ONE through TEN, inclusive,

16              Defendant.

17

18
         COUNSEL HEREBY REPORT that they have met and conferred regarding ADR and
19
   have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5.
20
         IT IS HEREBY STIPULATED AND AGREED that the parties will participate in the
21
   Court's early neutral evaluation program pursuant to ADR L.R. 5.
22
         IT IS FURTHER STIPULATED AND AGREED that the parties will participate in the
23
   aforementioned ADR process within 90 days from the date of the Court's Order referring the case
24
   to an ADR process.
25
   //
26
   //
27
   //
28

FOLGER LEVIN &                                                    STIPULATION AND [PROPOSED]
KAHN LLP                                                          ORDER SELECTING ADR PROCESS;
ATTORNEYS AT LAW                                                  CASE NO. C 07-03893

1  This Stipulation And [Proposed] Order Selecting ADR Process is filed electronically by
2  Defendant's counsel who hereby attests, in accordance with General Order 45 Section X(B), that
3  Plaintiff concurs in the filing.

Dated: October 18, 2007                             BRETT PEDERSEN & ASSOCIATES

                                                    */s/ Edwin Bradley*
                                                    Edwin Bradley
                                                    Attorneys for
                                                    Plaintiff Joseph Y. Alouf
Dated: October 18, 2007                             FOLGER LEVIN & KAHN LLP

                                                    */s/ Cecilia C. Ogbu*
                                                    Cecilia C. Ogbu
                                                    Attorneys for
                                                    Defendant Prudential Financial, Inc.

1 **[PROPOSED] ORDER**

2     This Stipulation and [Proposed] Order Selecting ADR Process is hereby adopted by the

3 Court, and the parties are ordered to participate in the Court's early neutral evaluation program

4 pursuant to ADR L.R. 5.

5     IT IS SO ORDERED.

6 Dated: October _____, 2007                                           _____

7                                                     The Honorable _____
                                                    United States District Court

8 75090\5001\572078.1                                     Northern District of California

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28