1   Edwin Bradley, 141932
     Attorney At Law
2   50 California Street, Suite 3400
     San Francisco, CA  94111
3   (415) 434-3101

4
     Attorneys For Plaintiff:
5   JOSEPH Y. ALOUF

6

7

8                    **UNITED STATES DISTRICT COURT**

9                                  FOR THE

10              **NORTHERN DISTRICT OF CALIFORNIA**

11

12  JOSEPH Y. ALOUF,                    )    No. C 07 3893 MEJ
                                        )
13                     Plaintiff,       )
                                        )
14  v.                                  )    **PLAINTIFF'S ADR CERTIFICATION**
                                        )
15  PRUDENTIAL FINANCIAL,               )
     INCORPORATED, a corporation, and DOES )
16  ONE through TEN, inclusive,         )    **Complaint File: June 22, 2007**
                                        )    **Removed: July 31, 2007**
17                     Defendant(s).    )
                                        )
18                                      )
                                        )
19  _____

20
             Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that
21
22  he or she has:

23          (1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District*

24  *of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov.

25          (2) Discussed the available dispute resolution options provided by the Court and private

26  entities; and

27          (3) Have considered whether this case might benefit from any of the available dispute

28

1   resolution options.

2       This ADR Certification by Parties and Counsel is filed electronically by Defendant's

3   counsel who hereby attests, in accordance with General Order 45 Section X(B), that Plaintiff

4   concurs.

5   Dated: October 17, 2007

6

7                                       /S/ *Joseph Y. Alouf,*
                                          Plaintiff

8

9   Dated: October 17, 2007

10                                      /S/ *Edwin Bradley*
                                          Attorney for Plaintiff

11                                        Joseph Y. Alouf

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S ADR CERTIFICATION                                                    2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28