**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

JOSEPH Y. ALOUF,            )
                            )
       Plaintiff   )   No. C–7-3893 MEJ
   v.                       )
                            )   **NOTICE OF IMPENDING**
                            )   **REASSIGNMENT TO**
                            )   **UNITED STATES**
                            )   **DISTRICT COURT JUDGE**
PRUDENTIAL FINANCIAL INC.,  )
                            )
       Defendant   )
_____)

    The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

  X  (1) One or more of the parties has requested reassignment to a United States District Judge, or

_____ (2) One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

_____ (3) One or more of the parties is without counsel and have not made the necessary consent to proceed before a Magistrate Judge within 30 days.

    All previous hearing dates are hereby **VACATED.**

Dated: October 30, 2007

                              _____/S/_____
                              Maria-Elena James
                          United States Magistrate Judge


                              _____/S/_____
                              By: Brenda Tolbert, Deputy Clerk