# CIVIL MINUTES

**Judge MAXINE M. CHESNEY**

Date: FEB 15 2008

C - 07 - 3893 - MMC

_Joseph Y. Alouf_ v _Prudential Financial Inc._

Attorneys: _Edwin Bradley_    _Susan Ansberry_
            _Cecilia Ogbu_

Deputy Clerk: **TRACY LUCERO**    Reporter: _Not Reported_

**PROCEEDINGS:**    **RULING:**

1. _____
2. _____
3. _____
4. _____

( ) Status Conference    ( ) P/T Conference    (✓) *Initial* Case Management Conference

**ORDERED AFTER HEARING:**

Dispositive motion filing deadline is 11/21/08
Meet & Confer by 1/5/09. Joint statement due by 10/31/08.

(✓) ORDER TO BE PREPARED BY:   Plntf___  Deft___  Court ✓

(✓) Referred to Magistrate For: _Settlement Conference before Mag. Spero - to be conducted in May 2008 - his calendar permitting_
    (✓) By Court
(✓) CASE CONTINUED TO _11/7/08 @ 10:30_ for _Further Status Conference_

Discovery Cut-Off _9/12/08_    Expert Discovery Cut-Off _11/7/08_
π/Δ                              π/Δ  Rebuttal
~~Plntf~~ to Name Experts by _10/3/08_    ~~Deft~~ to Name Experts by _10/17/08_

P/T Conference Date _2/10/09 @ 3:00_ Trial Date _2/23/09 @ 9:00_ Set for _3_ days
Type of Trial: (✓) Jury  ( ) Court
Notes: _____

CC: Wings; Karen