# FOLGER LEVIN & KAHN LLP

ATTORNEYS AT LAW

Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, California 94111
Telephone 415.986.2800
Facsimile 415.986.2827

Los Angeles Office:
1900 Avenue of the Stars, 28th Floor
Los Angeles, California 90067
Telephone 310.556.3700
Facsimile 310.556.3770

www.flk.com

May 15, 2008

**VIA E-FILE AND FACSIMILE (415) 522-3636**

Hon. Joseph C. Spero
Magistrate Judge
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Re: *Alouf v. Prudential Financial, Inc.*, United States District Court, Northern District of California, Case No. C-07-03893 MMC (JCS)

Dear Magistrate Judge Spero:

On behalf of Defendant Prudential Financial, Inc., we request that you order that one of Prudential Financial, Inc.'s client representatives may appear by telephone at the May 29 Settlement Conference in this matter.

Prudential Financial, Inc is based in Newark New Jersey. The office of its General Counsel is located in its New Jersey headquarters. We request that Joseph Kinsella, Vice President, Corporate Counsel of the Law Department of Prudential Financial, Inc. who works at Defendant's New Jersey headquarters, be permitted to participate in the conference by telephone. Prudential Financial intends to have another party representative, Stephen DeMartini, a Prudential manager who works in San Francisco, also participate in the conference in person. Unfortunately, Mr. DeMartini has prior travel arrangements that will allow him to participate only until noon. While we are hopeful that the parties can resolve this matter by the time Mr. DeMartini needs to leave, Mr. Kinsella will be able to participate in the conference by telephone if the conference continues beyond noon. Defendant believes that allowing Mr. Kinsella to participate by telephone rather than require his personal appearance is particularly reasonable in this case because of the low amount in controversy in this case is (as indicated in the confidential settlement conference statement lodged today) and the costs of Mr. Kinsella's travel.

Plaintiff has confirmed through his counsel Edwin Bradley, Esq., that he has no objection to Mr. Kinsella participating by telephone from Newark.

Pursuant to the Settlement Conference Order, and based on the above grounds, we respectfully request that the Court excuse Prudential Financial from the requirement of having

FOLGER LEVIN & KAHN LLP

Hon. Joseph C. Spero
May 15, 2008
Page 2

Mr. Kinsella personally attend the settlement conference, subject to his participation by telephone.

If the Court requires any further information in connection with the request made in this letter, please let us know.

Very truly yours,

Cecilia C. Ogbu

cc: Edwin Bradley, Esq. (via E-File)

75090\5001\601483.3