# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**JUDGE JOSEPH C. SPERO**              **COURTROOM DEPUTY**: Snooki Puli

**DATE**: May 29, 2008                 **Court Reporter**: Katherine Wyatt

**CASE NO. C-07-3893 MMC**

**TITLE:**   Joseph Y. Alouf v. Prudential Financial, Inc.

**TIME:**  9:30 am - 11:35 am (2 hours)

| COUNSEL FOR PLAINTIFF: | COUNSEL FOR DEFENDANT: |
|---|---|
| Edwin Bradley | **Susan Ansberry** |

**PROCEEDINGS:**

   Settlement Conference

**RESULTS:**

   Case settled. Settlement placed on record and to remain confidential.

**ORDER TO BE PREPARED BY:** []  Plaintiff  []  Defendant  []  Court

**CASE CONTINUED TO:**   for

**cc:** Wings; TracyL