**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH Y. ALOUF, | No. C-07-3893 MMC |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| PRUDENTIAL FINANCIAL, INC., | |
| Defendant. | |

The parties having agreed to a settlement of the above-titled action, and the settlement having been placed on the record,

IT IS HEREBY ORDERED that plaintiffs' claims be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for the settlement has not been delivered, the foregoing order shall stand vacated and the action shall forthwith be restored to the calendar to be set for trial.

**IT IS SO ORDERED.**

Dated: May 30, 2008

MAXINE M. CHESNEY
United States District Judge